# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALY CITY POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-00400-AMO (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STAY THE INSTANT ACTION; AND DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 10 |

　　　　Before the Court is plaintiff's "Request for Extension or Order to Stay []." Dkt. 10. Plaintiff informed the Court that he is expected to be released "before January 4th, 2024 or sooner," and that at High Desert State Prison he has been subjected to "multiple lockdown[s] which extended until July 2023 with very limited access to resources." *Id.* at 1. He "request[s] this Court to grant [an] extension or for [an] order to stay until [plaintiff] is released . . . ." *Id.* Consequently, the Court GRANTS a stay of the instant action.

　　　　Accordingly, all further proceedings in this case are hereby STAYED. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case until further order of the Court. Within **one-hundred-and-twenty (120) days** of plaintiff's release from prison, he may file a motion asking the Court to lift the stay. After lifting the stay, the Court will then screen the complaint and enter a scheduling order for further proceedings.

　　　　This Order terminates Docket No. 10.

　　　　**IT IS SO ORDERED.**

Dated: September 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARACELI MARTÍNEZ-OLGUÍN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge